STEVENS, RESPONDENT, *v.* NORTHERN PACIFIC RY. CO., APPELLANT.

(No. 3,496.)

(Submitted March 30, 1915. Decided April 21, 1915.)

[148 Pac. 396.]

*Northern Pacific Land Grant—Right of Way—Scope of Grant—Rights of Subsequent Grantees—Damages to Property.*

[For syllabus, see *Smith et al.* v. *Northern Pacific Ry. Co., ante,* p. 539.]

*Appeal from District Court, Missoula County; R. Lee Mc-Cullough, Judge.*

ACTION by A. M. Stevens against the Northern Pacific Rail-way Company. Judgment for plaintiff, and defendant appeals. Reversed.

*Messrs. Gunn & Rasch* and *Mr. Wm. F. Wayne,* for Appellant.

*Messrs. Hall & Whitlock,* for Respondent.

MR. JUSTICE SANNER delivered the opinion of the court.

It is conceded by the respondent, and is a fact, that the issues and history of this case are identical with those presented in *Smith et al.* v. *Northern Pacific Ry. Co., ante,* p. 539, 148 Pac. 393, and on the authority thereof the judgment herein appealed from is reversed and the cause remanded for further proceedings.

*Reversed and remanded.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE HOLLOWAY concur.